

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-19-00849-CV

**WEBB COUNTY, TEXAS,**
Appellant

v.

Ricardo 'Rick' Manuel **ROMO,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVI001385D4
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file the appellee's brief is granted. We order the appellee's brief due April 6, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court